# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | CHAPTER 13 |
| LUIS J ABARCA, | ) | Case No. 14 B 01319 |
| | ) | |
| Debtor(s). | ) | Judge: Timothy A. Barnes |
| LUIS J ABARCA, | ) | |
| | ) | |
| Plaintiff(s), | ) | AP NO. 14-00049 |
| | ) | |
| -vs- | ) | |
| | ) | |
| CHASE HOME FINANCE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Chase Home Finance, Stephen J. Rotella, CEO, 3401 Morse Crossing, Columbus, OH 43219 *via certified US mail*

JP Morgan Chase Bank, Jamie Dimon, CEO, 270 Park Ave, 39th Floor, New York, NY 10017 *via regular US mail*

MERS, Inc., Bill Beckmann, CEO, 1818 Library St, Suite 300, Reston, VA 20190 *via regular US mail*

   Please take notice that on <u>March 10, 2014</u>, I will appear before Honorable Judge Timothy A. Barnes or any Judge sitting in his place and stead in the room usually occupied by said Judge at the 219 S. Dearborn, Courtroom 613, Chicago, IL 60604 at the hour of <u>10:00 a.m</u>. and then there present the attached **MOTION FOR DEFAULT JUDGMENT,** at which time you may appear if you see fit.

                                        /s/ *David H. Cutler*
                                        David H. Cutler, esq.
                                        Attorney for Debtor
                                        Cutler & Associates, Ltd.
                                        4131 Main St.
                                        Skokie, IL 60076
                                        Phone: (847) 673-8600

## **CERTIFICATE OF SERVICE**

  The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before February 24, 2014.

                    By: /s/ *David Cutler*
                    David H. Cutler, esq

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| LUIS J ABARCA, | ) | Case No. 14 B 01319 |
| | ) | |
| Debtor(s). | ) | Judge: Timothy A. Barnes |
| LUIS J ABARCA, | ) | |
| | ) | |
| Plaintiff(s), | ) | AP NO. 14-00049 |
| | ) | |
| -vs- | ) | |
| | ) | |
| CHASE HOME FINANCE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES, LUIS J ABARCA, (hereinafter referred to as "Plaintiff"), by and through his attorneys, Cutler & Associates Ltd., and moves the Court for the entry of a default judgment against Defendant, CHASE HOME FINANCE, (hereinafter referred to as "Defendant"), and in support thereof state as follows:

1. On January 16, 2014, the Plaintiff filed a voluntary petition pursuant to Chapter 13 of Title 11, United States Code.

2. On January 23, 2014, the Plaintiff filed a complaint to determine the value of security and release of CHASE HOME FINANCE's underlying lien on the Debtor's property located at 5259 S Albany Ave, Chicago, IL 60632.

3. On January 23, 2014, a copy of the summons and complaint was served in accordance with Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure by U.S. certified mail to: Chase Home Finance, Stephen J. Rotella, CEO, 3401 Morse Crossing,

Columbus, OH 43219 and by regular mail to: MERS, Inc., Bill Beckmann, CEO, 1818 Library St, Suite 300, Reston, VA 20190.

4. The Defendant has neither filed an Appearance in this matter nor has the Defendant filed an Answer to the complaint.

5. That the Defendant is in default for failure to answer or otherwise plead to the complaint.

WHEREFORE, Plaintiff prays this Honorable Court enter a default judgment against Defendant declaring that the Defendant shall cancel and release its lien on Plaintiff's property located at 5259 S Albany Ave, Chicago, IL 60632; and for such other relief as this Honorable Court deems fair and just.

February 24, 2014                                              Respectfully Submitted,

                                                               /s/ *David H. Cutler*
                                                               David H. Cutler, esq.
                                                               Attorney for Debtor
                                                               Cutler & Associates, Ltd.
                                                               4131 Main St.
                                                               Skokie, IL 60076
                                                               Phone: (847) 673-8600